THE MAYOR AND ALDERMEN OF THE CITY OF PATER-
SON, APPELLANT, v. THE TOWN OF HARRISON,
RESPONDENT.

Argued November 19, 1914—Decided March 1, 1915.

On appeal from the Supreme Court, in which court the following *per curiam* was filed:

"*Per curiam*—The proceedings are affirmed, with costs, for the reasons stated in the opinion filed in *Paterson* v. *Kearny,* 84 *N. J. L.* 456."

For the appellant, *Edward F. Merrey, William B. Gourley* and *John W. Griggs.*

For the respondent, *Gilbert Collins* and *Michael T. Barrett.*

PER CURIAM.

The judgment under review will be affirmed for the reasons given by us in our opinions delivered at the present term in the cases of *The Mayor and Aldermen of Paterson* v. *The Mayor and Aldermen of Jersey City, ante p.* 163, and *The Mayor and Aldermen of Paterson* v. *Town of Kearny, post p.* 327.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GAR-
RISON, TRENCHARD, PARKER, BERGEN, BLACK, BOGERT,
VREDENBURGH, WHITE, HEPPENHEIMER, WILLIAMS, JJ.    12.

*For reversal*—None.